

VIRGINIA DEPARTMENT OF CORRECTIONS   *To Grievance office*   Effective Date: November 1, 2
Regular Grievance                                              Operating Procedure #866.1   Attachment

# REGULAR GRIEVANCE

Log Number: _____

| Di'onta        | Ophelia | 1014174 | B-1 | 114 |
|----------------|---------|---------|-----|-----|
| Last Name      | First   | Number  | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint or o

documentation of informal process.) *Per Harry Benjamin stand of Care for Gender Identity*

*Disorder after two year Real Life test, final procedure Sex reassignment*

*Surgery is to be performed, im being denied Sex reassignment surgery.*

*Im Not Satisfied with the informal response due to the fact I have Written*

*Dr. Carey whom advised one to Consult with my therapist here at*

*Buckingham Corr. ctr.*

**BKCC**

**DEC 01 '10**

**Grievance Office**

**What action do you want taken?** *I Want VADOC to follow the Harry Benjamin stand*

*of Care treatment procedure as I have followed the procedure to*

*Achieve Sex reassignment Surgery. And to receive Appropriate*

*Standard treatment for Gender Identity Disorder. As per*

*U.S. Constitutional 8th Amendment and 14th amendment Rights.*

Grievant's Signature: *Ophelia DiJonta*                    Date: 11/30/10

Warden/Superintendent's Office: _____

Date Received: _____                    **EX· A**

Revision Date: 5/



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
Operating Procedure #866.1   Attachment #2

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. <br> ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. <br> ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☒ | Repetitive. This issue has been grieved previously in Grievance # 800-10-REG-00118 |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _S. Meinhard_     Date: _12-1-10_

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Region Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____     Date: _____

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____     Date: _____

Staff Witness: _____     Date: _____



VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #9**

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance.  You may utilize your receipt as evidence of your attempt to resolve your complaint.

Ophelia Delonta                 #701 4174                  B1 - 114
Offender Name                   Offender Number            Housing Assignment

☐ Unit Manager/Supervisor       ☐ Food Service             ☐ Treatment Program Supervisor
☐ Personal Property             ☐ Commissary               ☐ Mailroom
☐ Medical Administrator         ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

Per Harry Benjamin standard of Care For Gender Identity Disorder
After two year Real life test, final procedure Sex reassignment Surgery
is to be performed. Im being denied sex reassignment Surgery.

BKCC
DEC 01 '10
BKCC
Grievance Office
NOV 08 '10
Grievance Office

Offender Signature  Ophelia Delonta           Date 11-8-10

**Offenders - Do Not Write Below This Line**

**Date Received:** 11|8|10                      **Tracking #** 200-10-INF-01517

**Response Due:** 11|17|10                      **Assigned to:** L. Lang Psychology

Action Taken/Response:

Please Submit your request to Dr. Carey. Approval
or disapproval of your request is beyond the Scope
of this institutions authority

BKCC
NOV 23 '10
Grievance Office

Respondent Signature            L. D. Lang  Staff QMHP   11-23-10
                                Printed Name and Title      Date

Original – Offender             First Copy – File          Second Copy – Offender

EX- A

 VIRGINIA DEPARTMENT OF CORRECTIONS

**Grievance Receipt**

866.1 A-3

DOC Location: 200 Buckingham Correctional Center

Report generated by Meinhard, S D

Report run on 07/26/2010 at 1:43 PM

Grievance Number    200-10-REG-00144

| On this date: | 07/26/2010 | | I have received a statement from: |
|---|---|---|---|
| Stokes, Michael A | 1014174 | of | Buckingham Correctional Center |
| *(Offender Name and DOC#)* | | | *(Filed Location)* |

Setting out the following complaint:

Claims experiencing problems with current Treatment Team which is causing frustration, depression and irrational thoughts and compulsions to self castrate.

| S. Meinhard | HRA |
|---|---|
| *(Signature)* | *(Title)* |

Exhibit A-2

Rev. 03/30/2009

Dr. RObin L. Hulbert
Mental Health Director
VDOC
6900 Atmore Drive
Richmond, Va 23225


Sept. 3rd 2010                          Re: Treatment/Letter dated
                                            5/27/10


Dear Dr. Hulbert,

Once again I appeal to you in hopes of your intervention that I may receive
the apporpriate treatment for me.

I would like to reiterate issues of my last letter in which I was expressing
the extreme distress I was experiencing with my "treatment team" and housing
at Buckingham Corr. Ctr.

Things have become worse to the point of me becoming so frustrated in the
attempts to seek answers concerning my gender treatment; that I was being
driven to unwontedly urges to performing self-surgery.

What's so stressful and distressing is that I have wrote the "treatment team"
as well as the warden of my issues and exactly how I wasfeeling performing
self-surgery.

Nothing was done the response was so inimical, if my surgery was not pending
depression and over whelming stress my self-surgery would have been imminent.

I wrote mary worrell whom is the regional director of health services at
Atmore drive. She has the grievance I wrote if you would care to review.

My quest to you Dr. Hulbert is have me assigned to Powhatan Corr. Ctr. due
to the treatment team here, **Mr. Marano, Psychologist Porterfield, Asst.
Warden Estep.** My program has been established for the past five years,
producing growth and stability.

Dr. Hulbert I have fourteen months before I see the parole Board, I have no
infractions in the past 20 months, nor any disciplinary issues.
I was transfered due to an over zealous assistant warden with his own agenda;
whom is no longer here and have been demoted to major else where **(P.C. Hunnel)**

Since being here in the infirmary I have learned that I cannot receive my
kosher diet any longer. Due to alledgedly someone's mistake....
nor can I receive commonfare, because they do not provide commonfare at
Buckingham.

Atmore Drive are looking to assign me somewhere that provides commonfare,
here, Bland, Greensville are the facilites that provide commonfare.

Dr. Hulbert any where else would be futile, I very much want to go home

EX A-1

2

continuing therapy and my ultimate goal, with your assistance this can be achieved.
I ask that you please review my last letter dated 5/27/10 as well as other documents to help provide the most apporpriate assignment to achieve G.I.D treatment reqired by a competent quailfied team. (P.C.C.)

Although you have advised me that Dr. Carey is handling my case, in this grave matter your attention is very much warranted in the final decesion.


enclosing I thank you for your time and attention and hopes that  I hear from you soon reguarding this matter.

Thank You,

_____
Ophelia De'lonta #1014174

Gerald K. Washington-Regional Director
Central Regional Offdcce
6900 Atmore Drive
Richmond, Virginia 23269


September 17th 2010

Re: Assignment


Dear Mr. Washington,

I'm writting to you concerning my housing assignment, I was transfered
per your aythorization Apirl 6th 2010 to Buckingham Correctional Center.
Afterconsult008ng with staff at BKCC it was then reveeled that Mr.Hunnel
Asst. warden at Powhatan Correctional Center requested you sir to transfer
me due toaallegedly I had participated in two officers being terminated.

The problem now sir is that my treatment needs cannot be achieved at BKCC,
nor can I receive my religious dietary requirements.

In June of 2010 at BKCC I advised Mr. Edmonds warden and senior Psychologist
Stone there were extreme issues I was experinceng Psychologist Lang as my
therapist.

To continuing therapy with her would be detrimental to my health, for after
each session with her I would experince overwhelming unwanton urges to perform
self-surgery.
Those above mentioned staff members respouse was, there will be no change made.
Apirl 6th 2010, I informed Counslor Toney that I required a commonfare meal,
she stated we do not offer the diet here at Buckingham, you should have said
something.
I informed her that I was not aware of being transfered or consulted.

For 84 days sir, I was set provided a mual for my religious dietary needs,
on June 19th 2010 my dietary needs were approval per ICA for kosher diet,
however I did Mot receive the Kosher meal until June 29th 2010.

On July 30th 2010 I was sent to MCV for surgery, then to Powhatan Infirmary
were I'm currently receiving treatment.

Once again I was advised by BKCC that I would be returning and would not be
receiving the Kosher diet that was appoved per ICA, because they made a
mistake in approving it.
I was also informed that I would not be receiveng the commonfare diet as I am
receiving now since July 30th 2010.

Sir you are the Regional Director, you approved the transfer, you sir are the
final policy maker. which is why I'm making aware that I will not be receiving
a meal returning to BKCC as well as my treatmemt needs would be at risk not
to mention my stablity.

First and foremost the justification to transfer me was an adminstrative decesio
decesion, accepted and respected.

*Ex - B-1*

However my theraputic and treatment needs should be the priority over all.
I have 13 months before seeing the parole Board, I have no disciplinary
iffractions in over 20 months instituttonal adjustment remarkably stablity
with completion of programs vocational as well as mental health.

Thanks to the treatment team at powhatan, whom are extremly efficiently
intentive in addressing my needs.
The next  13  months would be futile attempting to transfer and transition
to another institution. Buckingham Corr. Ctr. do not even follow there own
policy and procedures; I have had staff here call for my property for the
past three weeks due to the stay of being here I will need  my property.

Another inmate whom is here for awhile received his proerty yet BKCC did not
send my proerty.
Attorney General has also advise BKCC to correct certain measures of my
treatment, nothing was changed. I was harrassed by an officer the grievance
founded, the officer was stll allowed to have close contact with me.

I should not be punish for officers violation of policy, yet it is cleatr
that my current treatment is nothing more then blant harrassment.

Now that you are fully aware of my current situation I hope that you sir
 would correct matters and assign me to the most apporpriate facility to
aaddress my needs.


I do look to hear from you sir reguard addressing these issuss.

                                        Thank You,


                                        _____
                                        Ophelia M'lonta

EX- B-1



VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
Operating Procedure #866.1   Attachment #9

## Informal Complaint          12 0047

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance.  You may utilize your receipt as evidence of your attempt to resolve your complaint.

Ophelia De'lonta                    1014174                    C5/A42
Offender Name   M males          Offender Number          Housing Assignment

☐ Unit Manager/Supervisor        ☐ Food Service              ☐ Treatment Program Supervisor
☐ Personal Property              ☐ Commissary                ☐ Mailroom
☐ Medical Administrator          ☐ Other  (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

I am not being allowed to wear my hair as other female inmates; shoulder
length, or two briads or ponytail. Policy is being violated by not allowing
me the same afforded right.

2009 DEC -9 AM 4:50

Offender Signature _~Ophelia D'lonta~_         Date        December 8th 2009

**Offenders - Do Not Write Below This Line**

**Date Received:** 12-9-09                **PCC Tracking** 28834

**Response Due:** 12-23-09        **Assigned to:** GID Team

Action Taken/Response:

Per consultation with Security, PCC hygiene standards
have to be met. Additionally the longer hair length
is felt to be a higher security concern for you
as it attracts extra attention; you have had
significant issues w/ safety issues @ PCC in the
past. Please note — your request was passed
to the GID treatment team — but your safety
was the primary concern.

RECEIVED DEC 17 2009

GRIEVANCE OFFICE

EX-B

J. Porterfield M.A.          J. PORTERFIELD M.A./LCP        _____
Respondent Signature         Printed Name and Title          Date

Original – Offender                First Copy – File                Second Copy – C

1 of 2

Revision Date: 7/13/07

VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance Form**

*TO: Grievance office*

9/1/2004
Operating Procedure# 866   Attachment #2

# REGULAR GRIEVANCE FORM

*864.1*

Log Number 1031077 3

| De'lonta          Ophelia | 1014174 | C5/A42 | A/42 |
|---|---|---|---|
| **Last Name** m.stobs   **First** | **Number** | **Building** | **Cell Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: who did you see, when did you see them, what was done OR attach informal complaint if Implementation Memorandum requires such). _____

I'm not being allowed to wear my hair as other female inmates; shoulder

length, or two braids or ponytail. policy is being violated by denying

me the same afforded right. I do not agree with the  informal response because

I have breast(42C) as well as wear panties. if my breast is not attracting

unwanton attention my hair to my shoulder would not matter.

Futhermore the informal complaint states that security was the pirmary concern.

if my safty was so much of a concern security would have ᴺᵒᵗ put me at risk by

putting the same inmate whom assaulted me with a lock, back in the same

livining area.

**What action do you want taken?**   I want to wear my hair as any other female inmate due

my treatment plan and court order mandating VADOC provide Treatment for my

GenderIdentity Disorder. and be compa`nsated with montary funds.

Grievant's Signature: *Ophelia Di'lonta*              Date: *December 16th 2009*

Warden/Superintendent's Office: _____

Date Received: _____

**RECEIVED**

DEC 17 2009

GRIEVANCE OFFICE

*Revision Date: 9/1/2004*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Offender Grievance Response – Level I**

Effective Date: November 1, 2007
**Operating Procedure #866.1   Attachment #6**

# OFFENDER GRIEVANCE RESPONSE
## LEVEL I

| Michael Stokes a.k.a. Ophelia DeLonta | 1014174/120047 | Powhatan C.C. | 103-10773 |
|---|---|---|---|
| Offender Name | Number | Facility | Log Number |

LEVEL I: <u>WARDEN/SUPERINTENDENT'S RESPONSE</u> (To be completed and mailed within 30 calendar days.)

Your submitted grievance and informal complaint have been reviewed.  Your complaint in regards to not being allowed to wear your hair as other female inmates was addressed to the Gender Identity Disorder Team.  A response to your complaint was provided by Ms. J. Porterfield, Mental Health Unit Director, stating, "Per conversation with Security, Powhatan Correctional Center hygiene standards have to be met.  Additionally, the longer hair length is felt to be a higher security concern for you as it attracts extra attention and you have had significant issues with safety at Powhatan Correctional Center in the past.  Please note – your request was passed on to the GID treatment team but your safety was the primary concern."  In your grievance you claim you are being denied your rights by not being allowed to wear your hair as other female inmates.  You want to wear your hair as any other female inmate due to your treatment plan and court order and be compensated with monetary funds.  In your grievance you have included the following attachment:  Informal Complaint # 28834, which has also been reviewed.

The Institutional Ombudsman did not meet with you regarding your grievance.

An investigation into your complaint reveals that, as stated in the Informal Complaint response per Ms. Porterfield, Powhatan Correctional Center hygiene standards have to be met.  According to Ms. Porterfield, your treatment plan outlines that Powhatan Correctional Center is to treat your GID disorder to the best of our ability within the confines of security.  There is no specific requirement to allow the growth of the hair.  In accordance with Operating Procedure 864.1, Offender Grooming and Hygiene, "All offenders are expected to maintain good personal hygiene to promote a safe and healthy environment for themselves and others.  Offenders are permitted freedom in personal grooming within the standards set forth in this operating procedure.  Hair styles and beards that could conceal contraband; promote identification with gangs; create a health, hygiene or sanitation hazard; or could significantly compromise the ability to identify an offender are not allowed.  Facilities will ensure that all offenders, regardless of housing status, have sufficient access to hair care and barbering services that comply with applicable DOC requirements and state health regulations."  There has been no violation of policy.

Operating Procedure, Offender Grooming and Hygiene, addresses your complaint, specifically sections V.A, 1 and VI.A 2-3, and was correctly applied.

Your grievance is **UNFOUNDED** based upon the investigation.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Health Services Director Unit, Post Office Box 26963, Richmond, Virginia 23261

| | |
|---|---|
| Warden/Superintendent | Date   By |

I wish to appeal the Level I response because: The denial of me not being able to wear my hair as other female inmates; is not based on policy 864.1 Futhermore Ms. Porterfi stated that per security there is no requirement to allow the growth of the hair.  denail of me to excrise my rights as other female inmates violates D.O.C Policy as well as violates my 14th Amendment equal protection.  thus I seek monetary funds as the ablity to be treated as other female inmates; as well as follow 2004 settlemnt agreement.

| | |
|---|---|
| Offender Signature   Ophelia DeLonta | Date   1/7/10 |

EX-B



# COMMONWEALTH *of* VIRGINIA

GENE M. JOHNSON
DIRECTOR

*Department of Corrections*
**INMATE GRIEVANCE RESPONSE FORM**

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

**LEVEL II**

| M. Stokes | 1014174/120047 | PCC | 103-10773 |
|---|---|---|---|
| **Inmate Name** | **Number** | **Institution** | **Log Number** |

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal has been reviewed along with the response from Level I, and your original complaint that per your grievance you are requesting to wear your hair in accordance with the guidelines for female offenders.

After reviewing the information you provided, communicating with the mental health team and referring to the policy governing the issue, your complaint is considered to be unfounded. The Gender Identity Disorder Treatment Team addressed your request and found that it would be a security issue for you. As stated in the Treatment Team's response, you have had issues in the past with safety and your safety remains the Department of Corrections' primary concern. Per your treatment plan, the Department of Corrections is to treat Gender Identity Disorder to the best of its ability within the confines of security. A number of feminizing issues have been accommodated, but the grooming policy is a security policy.

Based on the information provided and upon further investigation, I concur with the Level I response and find your grievance unfounded. The Level I response is correct. There has been no violation of policy.

In accordance with DOP 866 governing the inmate grievance procedure, Level II is the last level of appeal for this complaint.

_____                    _1/26/10_
**HEALTH SERVICES DIRECTOR**           **Date**

**FS/mc/cfg**

EX- B



# COMMONWEALTH of VIRGINIA

GENE M. JOHNSON
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

July 1, 2010

Ophelia Delonta # 1014174
Buckingham Correctional Center
PO Box 430
Dillwyn, VA 23936

Dear Offender Delonta:

I am responding to several letters that you have written since your transfer to Buckingham Correctional Center. In regards to your hormone treatment, you will be seen on a yearly basis by Dr. Kozlow and all decisions regarding your hormone treatment will be made at that time by Dr. Kozlow.

Regarding your concerns about feminizing articles, the mental health staff is aware of your treatment plan. A number of feminizing issues have already been accommodated. Per your treatment plan, the Department of Corrections is to treat Gender Identity Disorder to the best of its ability within the confines of security. You have had issues in the past with safety and your safety remains the Department of Corrections' primary concern. Some feminizing articles may not be approved because of security concerns.

In regards to treatment for Gender Identity Disorder at Buckingham Correctional Center, the entire mental health staff is comprised of trained and licensed clinicians who are authorized to make decisions regarding your mental health care. You are currently meeting with Ms. Lang on an individual basis.

Lastly, in regards to gender reassignment surgery, I would request that you continue to work with Ms. Lang in individual therapy at this time.

Sincerely,

*Meredith Cary, M.D.*

Meredith R. Cary, M.D.
Chief Psychiatrist
VA DOC

EX -C



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

~~to Grievance of Place~~

Effective Date: November 1, 2007
Operating Procedure #866.1   Attachment #2

# REGULAR GRIEVANCE

Log Number: _____

| De'lonta | Ophelia | 1014174 | B-1 | 114 |
|----------|---------|---------|-----|-----|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint or other documentation of informal process.) My Gender is Female And I should be housed in a female facility. But im housed in a male facility here at Buckingham Corr. Ctr. There are no other female inmates housed at Buckingham or any other male facility, therefore im being discriminated against, due to I was transfered to Buckingham Corr. Ctr on 11-2-10, Im Not Satisfied with the informal response due to Buckingham Administratin Knows fully well im a female because of my treatment Needs, Therefore are responsible for reccomending Appropriate Housing as Buckingham do for any other female.

**What action do you want taken?** Buckingham administratin to ICA me to Appropriate Female Facility Knowing that I cannot achieve Full Treatment as Any other Female offender.

**Grievant's Signature:** Ophelia Delonta   **Date:** 11/12/10

**Warden/Superintendent's Office:** S. Meinhard (SM)

**Date Received:** 11-18-10 (SM)

BKCC

NOV 18 '10

Grievance Office

on Date: 5/29/07

EX - D -



VIRGINIA DEPARTMENT OF CORRECTIONS                                   Effective Date: November 1, 2007
**Regular Grievance**                        **Operating Procedure #866.1    Attachment #2**

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | INTAKE:  Grievances should be accepted for logging unless returned for the following reason(s): |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. <br> ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. <br> ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☒ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot <u>DRC = 1-29-1980 (male facilities)</u> |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |
| Institutional Ombudsman/Grievance Coordinator:  *S. Meinhard* | Date:  *11-18-10* |

| If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final. |
|---|
| Regional Review of Intake (within 5 working days of receipt) |

| | |
|---|---|
| ☒ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |
| Regional Ombudsman:  *a. Bryant* | Date:  *12/2/10* |

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

*Revision Date: 5/29/07*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1   Attachment #9**

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Ophelia Delonta _____ # 1014174 _____ B1/114

Offender Name _____ Offender Number _____ Housing Assignment

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

My Gender is Female and I should be housed in a female facility. But I'm housed in a male facility here at Buckingham Corr. ctr. there are no other female inmates housed at Buckingham or Any other male facility. therefore I'm being discriminated against, due to I was transferred to Buckingham Corr ctr. on 11-2-10

Offender Signature Ophelia Delonta _____ Date 11/8/10

**Offenders - Do Not Write Below This Line**

Date Received: 11/8/10 _____ **BKCC** _____ Tracking # 200-10-INF-015.

Response Due: 11/17/10 _____ NOV 08 '10 _____ Assigned to: Mr. Booker/AW

Action Taken/Response:

**Grievance Office**

Your assignment to this institution is the responsibility of CCS.

BKCC
NOV 18 '10
Grievance Office

B Booker _____ B W Booker AW _____ 11/12/10
Respondent Signature _____ Printed Name and Title _____ Date

Original – Offender _____ First Copy – File _____ Second Copy – Offender as Intake Receipt

I disagree with this decision, due to i returned back to this Facility on Nov-2nd 2010, my complaint is against this Facility At the present time,

Therefore this grievance should be returned because it meets the Criteria for intake and Should be logged

11-19-10
Ophelia Delantz





VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 20
Operating Procedure #866.1   Attachment

## REGULAR GRIEVANCE

Log Number: _____

| De'lonta Ophelia | 1014174 | B | 114 |
|---|---|---|---|
| **Last Name** **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:   Attach Informal Complaint or ot

documentation of informal process.) Per my Gender Identity treatment plan Settlement

With VADOC im Not to be housed in the Same cell with male inmates, this

has been the standard of policy per VADOC Since 2004. However on 12-8-10

I was forced without my Consent, placed in the infirmary at BKCC, where

3 other inmates (male) where Currently being housed, as forced to be

exposed using the bathroom for there was no door or enclosure,

im not Satisfied with the informal response, due to my Security

and privacy needs should have been of piority. there was no

pirvacy, of using the bathroom, because the toliet area is in the

open Room, where anyone has Access to observing me by just walki

by.

**What action do you want taken?** Why was I placed in a room with open bathroom

facilities where male inmates housed in the infirmary observed me

using the bathroom, and why was the procedure of policy as

well as Settlement agreement Violated.

Grievant's Signature: _Ophelia De'lonta_   Date: 1-13-11

Warden/Superintendent's Office: _____

Date Received: _____

JAN 2011
RECEIVED
REGIONAL
OMBUDSMAN
SERVICE

**BKCC**

JAN 18 '11

Grievance

1 of 2

EXHIBT F



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #2**

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline.*<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☒ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *S. Meinhard*    Date: *1-18-2011*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| Regional Review of Intake (within 5 working days of receipt) | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure.* |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *A. Dupont*    Date: *1/24/11*

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____    Date: _____

Staff Witness: _____    Date: _____

Revision Date: 5/29/0



VIRGINIA DEPARTMENT OF CORRECTIONS     Effective Date: November 1, 2004
**Informal Complaint**     Operating Procedure #866.1    Attachment #9

### Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated box at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed to filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Ophelia De'lonta    # 1014174    B1-114 **BKCC**
Offender Name     Offender Number     Housing Assignment

- ☐ Unit Manager/Supervisor    ☐ Food Service    ☐ Treatment Program Supervisor
- ☐ Personal Property    ☐ Commissary    ☐ Mailroom **JAN 0 1 '11**
- ☐ Medical Administrator    ☐ Other (Please Specify): _____

**Grievance Office**

Briefly explain the nature of your complaint (be specific):

Per my Gender Identity treatment plan Settlement with VADOC Im not to be housed in the Same cell with male inmates, this has been the Standard of policy per VADOC Since 2004. However on 12-8-10 I was forced (without my consent) placed in the infirmary at Buckingham Corr. ctr. Where 3 other inmates (male) where currently being housed, as forced to be exposed using the bathroom for there was no door or enclosure.

Offender Signature Ophelia De'lonta    Date 12-31-10

**Offenders - Do Not Write Below This Line**

Date Received: 1 / 4 / 11     Tracking # BKCC-10-INF-00018

Response Due: 1 / 18 / 11     Assigned to: Mr. Booker / AW

Action Taken/Response:

Your medical needs was depended, upon the assignment. Reasonable privacy was afforded you.

**BKCC**    **BKCC**
JAN 2011    JAN 18 '11    JAN 1 1 '11
**Grievance Office**    **Grievance Office**

B Booker    Bw Booker AW    1/6/11
Respondent Signature    Printed Name and Title    Date

Original – Offender     First Copy – File     Second Copy – Offender as Intake Receipt

I disagree with the decision based upon I was admitted to the infirmary due to serious medical issues requiring pain medication (narcotics) that had me in a induced state, then being placed on Strip Cell until Jan 10, which makes the process of filing the grievance until 1-13-11 when I was allowed to receive my mail from 12-27-10 until then. This grievance should be returned for logging.

1-19-11



*To Grievance office 1-19-11*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 20
Operating Procedure #866.1   Attachment

## REGULAR GRIEVANCE

Log Number: _____

| Delonta | Ophelia | 1014174 | B 1 | 114 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint or ot

documentation of informal process.) I suffer from severe Gender identity disorder. I'm not receiving effective GID treatment that causes me to mutilate my own genitalia, essentially performing my own makeshift sex reassignment surgery. However I'm being punished by being charged with a offense code 234 Self-Mutilation or other intentionally inflicted self-injury, which is violation of my constitutional rights inadequate medical treatment charging me for a medically disorder. I disagree with the informal response due to I'm complaining of inadequate medical treatment

**What action do you want taken?** Why as a result of complications from my disorder, I'm not receiving adequate appropriate treatment, when I have uncontrolable compulsions for self surgery.

**Grievant's Signature** _Ophelia Delonta_    **Date:** 1-19-11

JAN 2011 RECEIVED REGIONAL OMBUDSMAN SERVICE

**Warden/Superintendent's Office:** _____

**Date Received:** _____

**BKCC**

JAN 2 0 11

Grievan

EXHIBIT E

5/25



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 2007
Operating Procedure #866.1 · Attachment #2

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☒ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☒ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline.*<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *S. Meinhard*     Date: *1-20-11*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☑ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure.* |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *R. Bryant*     Date: *1/31/11*

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____     Date: _____

Staff Witness: _____     Date: _____

*Revision Date: 5/29/0*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #9**

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

_Ophelia De'lonta_                    _1014174_                    _B-1 114_
Offender Name                         Offender Number              Housing Assignment

- [ ] Unit Manager/Supervisor      - [ ] Food Service        - [ ] Treatment Program Supervisor
- [ ] Personal Property             - [ ] Commissary          - [ ] Mailroom
- [ ] Medical Administrator         - [ ] Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

_I suffer From severe Gender Identity Disorder, Im not receiving effective GID treatment that causes me to mutilate my own genitals, essentially performing my own makeshift sex reassignment surgery. However Im being punished by being charged with a offense code 234 Self-Mutilation on other intentionally inflicted Self-injury. Which is violating of my Constitutional rights, inadequate medical treatment, charging me for a medically Disorder._

Offender Signature _Ophelia De'lonta_        Date _1-10-11_

**Offenders - Do Not Write Below This Line**

Date Received: _1-18-11_            **BKCC**                    Tracking # _BKCC-11-INF-00082_

Response Due: _1-27-11_            JAN 18  Assigned to: _____

Action Taken/Response:            **Grievance Office**

_____  Your issue is Non-Grievable; you may appeal hearing
_____  decisions, penalties and/or procedural errors under the
                      provisions in Operating Procedure 861.1/Offender
                      Discipline.

JAN 2011
RECEIVED
REGIONAL
OMBUDSMAN
SERVICE

BKCC
JAN 20 11
Grievance Office

_S. Meinhard_            _S. Meinhard/HRA_            _1-18-11_
Respondent Signature     Printed Name and Title       Date

Original – Offender                First Copy – File                Second Copy – Offender as Intake Receipt

I disagree with this decision based upon the issue that
Im Grieving is NOT a Disciplinary procedure. But
inadequate Medical treatment. instead of receiving
Appropriate Medical treatment for my GID, I received
A Charge, which do not do anything for my
uncontrolable Compulsions to Self-Surgery.
Therefore this grievance should be returned for
logging.

Thank you,
Ophelia De'lonta

1-26-11





VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: November 1, 200
Operating Procedure #866.1    Attachment #

*To: Grievance Office [illegible handwriting]*

## REGULAR GRIEVANCE  BKCC-11-REG-00074

Log Number: _____

| Delonta | Ophelia | 1014174 | B-1 | 113 |
|---------|---------|---------|-----|-----|
| Last Name | First | Number | Building | Cell/Bed Number |

**WHAT IS YOUR COMPLAINT?  (Provide information from the informal process:  Attach Informal Complaint or oth documentation of informal process.)** On 3-14-11 Nurse Lou Dixion refuse to give me my Estradoil patch, after psychologist Lang, called Medical, and requested I receive my Medication. I had missed two days of my oral dosage, due to suffering from psychological issues that im seeing Ms. hang for; after, session with her today, I agreed to go and get my medication; However Nurse Dixion stated I had to wait until thursday, forcing me to experince adverse effects, im not satisfied with the informal response, due to the fact my patch is changed on Mon. and Thurs. Due to the psychological Issues occuring over that weekend prevented me from getting my oral dosage, However See psychologist Lang on Monday, she Caled Medical instruct them, I needed my medication.

**What action do you want taken?** Why Nurse Dixion refuse to issue my Horomonal patch when Monday was my prescribed day to receive it there was no Medical Justification to deny me my Medication. I was punished by Nurse Dixion, and forced to experiace adverse side effects. Which Nurse Dixion Could have utlized the 861, if I failed to follw instruction. Not deny my medication.

Grievant's Signature: _Ophelia Delonta_    Date: 3-25-11

Warden/Superintendent's Office: _____ S. Meinhan_____

Date Received: ___3-28-11___

RECEIVED
APR 2 0 2011
By_____

**BKCC**
MAR 28 '11
**Grievance Office**    *Exhibit G*



VIRGINIA DEPARTMENT OF CORRECTIONS
**Informal Complaint**

Effective Date: November 1, 2007
**Operating Procedure #866.1    Attachment #9**

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink.  Only one issue per Informal Complaint.  Place your complaint in the designated area at your facility.  A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake.  If no response is received within 15 calendar days, you may proceed in filing a regular grievance.  You may utilize your receipt as evidence of your attempt to resolve your complaint.

Ophelia De'lonta     #1014174     B-1 113
Offender Name       Offender Number       Housing Assignment

☐ Unit Manager/Supervisor    ☐ Food Service    ☐ Treatment Program Supervisor
☐ Personal Property       ☐ Commissary    ☐ Mailroom
☐ Medical Administrator      ☐ Other  (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

On 3-14-11 Nurse Lou Dixion refused to give me my Estradoil Patch, After Psychologist Lang called medical, and requested I receive my medication. I had missed two days of my oral dosage, due to suffering from psychological issues that im seeing ms. lang for. After a session with her today, I agreed to go and get my medication However Nurse Dixim stated I had to wait until thursday. forcing me to experince adverse effects.

BKCC

Offender Signature Ophelia Dilonta     Date 3-14-11

MAR 28 '11

**Offenders - Do Not Write Below This Line**

Date Received: 3-15-11   BKCC   BKCC-11-INF-00884   Tracking #   Grievance Office

Response Due: 3-24-11   MAR 15 '11   Assigned to: Medical

Action Taken/Response:

Grievance Office
As instructed previously, your Estrogen Patch is due for you to come to NOON pill line. You came to evening, to get your medication. You were told when this happened previously that if you failed another time to come to the correct pill line that you would not receive it if it happened again. Please come at Noon time to get your medication in the future.

BKCC

RECEIVED
APR 20 2011
By_____

MAR 24 '11

Grievance Office

Lou Dixon RN Mgr.     Lou Dixon RN Mgr.     3-22-11
Respondent Signature       Printed Name and Title       Date

Original – Offender       First Copy – File       Second Copy – Offender as Intake Receipt



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level II**

866.1 A-7
DOC Location: Central Office, Administration
Report Generated by Ray, Howard
Report run on 4/28/2011 at 1:48 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Stokes, Michael A | 1014174 | Current | Buckingham Correctional Center | BKCC-11-REG-00074 |
| Housing | | Filed | Buckingham Correctional Center | |
| N-1-106-B | | Appeal to Address | | |
| | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that the Health Authority refused to give you your prescribed Estradoil patch after the psychologist requested you receive it. You further state in your appeal that there was no set time to receive your medication. You want to know why you were denied your medication.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED**. It is reported by the Health Authority that you did not arrive at the time recommended by Medical to receive your medication. **This issue is governed by restricted policy.**

**If you continue to experience health issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

Level II is the last level of appeal for this grievance

| | |
|---|---|
| | 4/28/11 |
| | Date |



VIRGINIA DEPARTMENT OF CORRECTIONS   866.1 A-6
DOC Location: Buckingham Correctional
Center

**Offender Grievance Response -
Level I**

Report Generated by Meinhard, Stacy
Report run on 4/1/2011 at 12:37 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Stokes, Michael A | 1014174 | Current | Buckingham Correctional Center | BKCC-11-REG-00074 |
| Housing | | Filed | Buckingham Correctional Center | |
| B-1-113-B | | | | |

LEVEL I: WARDEN/SUPERINTENDENT'S RESPONSE (To be completed and mailed within 30 calendar days)
You state on 3/14/2011 Nurse Dixon refused to give you your Estradoil patch after Psychologist Lang called medical and requested you receive your medication. You admit that you had missed two days of your oral dosage due to suffering from Psychological issues that you were seeing Mrs. Lang for and after your session with her on 3/14/2011 you agreed to go and get your medication.

As a result of this grievance, you would like to know why Nurse Dixon refused to issue your hormonal patch/medication.

According to your Informal Complaint response from Nurse Dixon/RN, as instructed previously, your Estrogen Patch is due for you to come to NOON pill line. You came to evening to get your medication. You were told when this happened previously that if you failed another time to come to the correct pill line that you would not receive it if it happened again. Please come at Noon line to get your mediation in the future.

An investigation into this matter indicates the administration of medications may include advance preparation, "set up" or "pre-pouring" of medication. In other words, staff prepares those medications needed for the time that is specified in your prescription in advance. In order to keep the pill line running in a smooth fashion, staff will not stop to prepare medication that is not listed to distribute at that time frame. If you come to the pill window during any other time but your scheduled time, your medication will not be available. Medication discontinuation will be considered for repeated non-adherence issues and documented on a *Refusal to Consent to Treatment* form. It is your responsibility to adhere to your scheduled medication pick up time(s).

Per the Operating Procedure that deals with Pharmacy Services –
*offender restricted* ; staff is in compliance.

After thoroughly reviewing the information in response to your complaint and the Operating Procedure governing the issue, your grievance is unfounded. Staff has acted in accordance to policy and procedure.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to
Health Services
PO Box: 26963
Richmond , VA 23261-6963

RECEIVED
APR 20 2011
By _____
Date 4/14/11

I wish to appeal the Level I response because: Regardless of advance prep. Emergency situation
due occur. As Delonta was experiencing difficulty, As to why psychologist lang advised
medical to issue her Patch. Which is required that day, no particular time,
There was no medical justification, nor security justification to deny de'lonta
her patch, causing more adverse side effects with denial of patch. Medical
should have if it was deem appropriate to issue a institutional infraction
not deny medication for justification of punishment. Furthermore psych.
Lang called medical at 3:00 pm. De'lonta only requirement is

Offender Signature To receive the patch that particular   Date day, there
was no set time.

Ophilia Delonta

4-15-11