CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 28 2011

JULIA C. DUDLEY,
BY: /s/
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OPHELIA AZRIEL DE'LONTA, ) | Civil Action No. 7:11-cv-00257 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| GENE JOHNSON, et al., ) | By: | Hon. James C. Turk |
| Defendants. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion for reconsideration to appoint counsel and motion for service are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile her claims in a new and separate action at the time of her choice.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 28th day of October, 2011.

/s/ James C. Turk
Senior United States District Judge