IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 04 2011

JULIA C. _____, CLERK
BY: _____
DEPUTY CLERK

Ophelia Azriel De'lonta,
    Plaintiff,

V.

Gene Johnson, et al.,
    Defendants.

Notice of Appeal

7:11-CV-00257

Notice is hereby given that Ophelia Azriel De'lonta, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the ~~Western~~ 4th Circuit from the final judgment dismissing plaintiff's complaint for failure to state a claim upon relief can be granted; entered in this action on 25th day of October 2011

November 1st 2011

Ophelia De'lonta

Ophelia De'lonta
P.O. Box 430
Dillwyn, VA 23936

Ophelia Delonta #1014174
P.O. Box 430
Dillwyn, VA 23936

RICHMOND VA 232
02 NOV 2011 PM 1 L

United States District Court
For the Western District of Virginia
Office of the Clerk
P.O. Box 1234
Roanoke, Virginia 24006