**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

OPHELIA AZRIEL DE'LONTA,

                  Plaintiff,

       - against -

GENE M. JOHNSON, *et al.*,

                Defendants.

Case No. 7:11-cv-00257

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that Don Bradford Hardin Jr. of Wilmer Cutler Pickering Hale

and Dorr LLP, with offices located at 1875 Pennsylvania Avenue, NW, Washington, DC 20006,

hereby appears on behalf of Plaintiff Ophelia Azriel De'lonta in the above-captioned action.  I

hereby certify that I am admitted to practice in this District and am a member in good standing of

this Court.

Dated:  February 11, 2013      WILMER CUTLER PICKERING
                              HALE AND DORR LLP

                         By:/s/ Don Bradford Hardin, Jr.
                           Don Bradford Hardin, Jr. (Va. Bar No. 76812)
                           1875 Pennsylvania Avenue, NW
                           Washington, D.C. 20006
                           Tel.: (202) 663-6073
                           Fax: (202) 663-6363
                           Email: bradford.hardin@wilmerhale.com

                         *Counsel for Plaintiff Ophelia Azriel De'lonta*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of February, 2013, a true and correct copy of

the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to all Counsel of Record.


WILMER CUTLER PICKERING
HALE AND DORR LLP

By:/s/ Don Bradford Hardin, Jr.
   Don Bradford Hardin, Jr. (Va. Bar No. 76812)
   1875 Pennsylvania Avenue, NW
   Washington, D.C. 20006
   Tel.: (202) 663-6073
   Fax: (202) 663-6363
   Email: bradford.hardin@wilmerhale.com

*Counsel for Plaintiff Ophelia Azriel De'lonta*