UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OPHELIA A. De'LONTA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 7:11CV00257 |
| v. | ) | |
| | ) | N O T I C E |
| | ) | |
| GENE JOHNSON, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

**TAKE NOTICE** that the proceeding in the above-styled case has been scheduled as indicated below:

| Type of Proceeding: | Status Conference | |
|---|---|---|
| **Place** <br> U.S. District Court <br> 246 Franklin Rd., S.W. <br> Roanoke, VA 24011-2214 | **Date and Time Scheduled** <br> Thursday, April 18, 2013, <br> beginning at 1:30 P.M. | **Date and Time Continued to** |

James C. Turk,
Senior U.S. District Judge

By: s/Shirley Simpson,
JUDICIAL ASSISTANT

Dated:  March 22, 2013

cc:  Mr. Don B. Hardin, Jr.          Mr. John Michael Parsons
     Mr. Alan E. Schoenfeld          Clerk's Office – Roanoke, Va.
     Mr. Andrew G. Sokol
     Mr. David S. Lesser
     Ms. Josephine T. Morse
     Ms. Susan S. Friedman
     Mr. Earle D. Getchell, Jr.