IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke DIVISION

**Ophelia Azriel De'lonta**

vs.

**Johnson, et al**

Action No:  7:11-cv-00257
Date:  4/18/2013
Judge:  James C. Turk
Court Reporter:  Carol Jacobs
Deputy Clerk:  Kelly Brown

Plaintiff Attorney(s)

Alan Schoenfeld
Josephine Morse

Defendant Attorney(s)

John Michael Parsons

LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Status Conference

1:33

Plaintiff addresses Court.   Defendants address Court.   Defendants have not yet filed a responsive pleading and cannot make a settlement or agreement at this time.   Court will allow Plaintiff to file an amended complaint.   Parties to jointly file an expedited scheduling order.   Recess.

1:55

Time in Court: 22 minutes
kab