| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts  **TRANSCRIPT ORDER** | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|

*Please Read Instructions:*

| 1. NAME  Emily Gershen | 2. PHONE NUMBER  (212) 295-6408 | 3. DATE  4/18/2013 | |
|---|---|---|---|
| 4. MAILING ADDRESS  7 World Trade Center | 5. CITY  New York | 6. STATE  NY | 7. ZIP CODE  10007 |
| 8. CASE NUMBER  11-257 | 9. JUDGE  Judge James C. Turk | DATES OF PROCEEDINGS | |
| | | 10. FROM 4/18/2013 | 11. TO 4-18-2013 |
| 12. CASE NAME  De'lonta v. Johnson | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Roanoke | 14. STATE Virginia |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| SENTENCING | | Status Conference | 4-18-2013 |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)  
By signing below, I certify that I will pay all charges (deposit plus additional).

| | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE  *[signature]* | PROCESSED BY | |
| 19. DATE  4/18/2013 | PHONE NUMBER | |

TRANSCRIPT TO BE PREPARED BY  
Carol Jacobs

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
|---|---|
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY