UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 29 2013
JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

OPHELIA AZRIEL DE'LONTA,

          Plaintiff,

- against -

GENE M. JOHNSON, *et al.*,

          Defendants.

Case No. 7:11-cv-00257

### [PROPOSED] SCHEDULING ORDER

Upon consideration of Plaintiff's letter submitted on behalf of all parties, and the parties having agreed upon a proposed schedule to govern proceedings on Plaintiff's motion for a preliminary injunction;

IT IS HEREBY ORDERED that:

1.    Plaintiff shall file her Amended Complaint on or before May 3, 2013. Defendants' deadline for filing an Answer to Plaintiff's Complaint shall be stayed pending the filing of Plaintiff's Amended Complaint.

2.    The parties shall complete discovery limited to the issues to be raised in Plaintiff's Motion for a Preliminary Injunction on or before June 21, 2013.

3.    Plaintiff shall file her Motion for a Preliminary Injunction on or before June 28, 2013.

4.     Defendants shall file their opposition brief no later than 21 days after the filing of Plaintiff's Motion for a Preliminary Injunction.

5.     Plaintiff shall file her reply brief no later than 14 days after Defendants file their opposition brief.

ENTERED this 29th day of April, 2013

                                                      *James C. Turk*
                                                     Hon. James C. Turk
                                                Senior United States District Judge