IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

| | |
|---|---|
| OPHELIA AZRIEL DE'LONTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:11cv00257 |
| ) | |
| GENE JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the following Defendants:

**Gene Johnson, Fred Schilling, Meredith Cary, Gary Bass, W. P. Rogers, Gerald Washington, Eddie Pearson, Anthony Scott, Robin Hulbert, Larry Edmonds, C. Davis, Lisa Lang, S. Toney, Lou Dixon, Harold W. Clarke, Denise Malone, and Jeena Porterfield**

I certify that I am admitted to practice in this court.

May 17, 2013
Date

                                        Respectfully submitted,

                                        GENE JOHNSON, FRED SCHILLING, MEREDITH CARY, GARY BASS, W. P. ROGERS, GERALD WASHINGTON, EDDIE PEARSON, ANTHONY SCOTT, ROBIN HULBERT, LARRY EDMONDS, C. DAVIS, LISA LANG, S. TONEY, LOU DIXON, HAROLD W. CLARKE, DENISE MALONE & JEENA PORTERFIELD

                                        By:  s/ Kate E. Dwyre
                                        Kate E. Dwyre, AAG, VSB # 82065

Public Safety & Enforcement Division
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Phone:  (804) 786-5630
Fax:  (804) 786-4239
Email:  kdwyre@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2013, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants:

Don Bradford Hardin, Jr., Esq.
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
1875 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006
bradford.hardin@wilmerhale.com

Alan Evan Schoenfeld
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
alan.schoenfeld@wilmerhale.com

Andrew Gale Sokol
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
andrew.sokol@wilmerhale.com

David Sapir Lesser
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
david.lesser@wilmerhale.com

Josephine Morse
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.

    7 World Trade Center
250 Greenwich Street
New York, New York 10007
jodie.morse@wilmerhale.com

Susan S. Friedman
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
1875 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006
susan.friedman@wilmerhale.com

(*Attorneys for Plaintiff*)

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: N/A.

    s/ Kate E. Dwyre
Kate E. Dwyre, AAG, VSB # 82065
Public Safety & Enforcement Division
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Phone:  (804) 786-5630
Fax:  (804) 786-4239
Email:  kdwyre@oag.state.va.us