# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

### Roanoke Division

| | |
|---|---|
| OPHELIA AZRIEL DE'LONTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:11cv00257 |
| ) | |
| GENE JOHNSON, et al., ) | |
| ) | |
| Defendants. ) | |

## APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the following Defendants:

**Gene Johnson, Fred Schilling, Meredith Cary, Gary Bass, W. P. Rogers, Gerald Washington, Eddie Pearson, Anthony Scott, Robin Hulbert, Larry Edmonds, C. Davis, Lisa Lang, S. Toney, Lou Dixon, Harold W. Clarke, Denise Malone, and Jeena Porterfield**

I certify that I am admitted to practice in this court.

May 17, 2013
Date

                                              Respectfully submitted,

                                              GENE JOHNSON, FRED SCHILLING, MEREDITH CARY, GARY BASS, W. P. ROGERS, GERALD WASHINGTON, EDDIE PEARSON, ANTHONY SCOTT, ROBIN HULBERT, LARRY EDMONDS, C. DAVIS, LISA LANG, S. TONEY, LOU DIXON, HAROLD W. CLARKE, DENISE MALONE & JEENA PORTERFIELD

                                By:    s/ James M. Isaacs, Jr.
                                              James M. Isaacs, Jr., AAG, VSB #38232

        Public Safety and Enforcement Division
        Office of the Attorney General
        900 East Main Street
        Richmond, Virginia 23219
        804-786-0030
        804-786-4239 (Fax)
        E-mail:  jisaacs@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2013, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants:

Don Bradford Hardin, Jr., Esq.
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
1875 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006
bradford.hardin@wilmerhale.com

Alan Evan Schoenfeld
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
alan.schoenfeld@wilmerhale.com

Andrew Gale Sokol
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
andrew.sokol@wilmerhale.com

David Sapir Lesser
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
david.lesser@wilmerhale.com

Josephine Morse
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center

250 Greenwich Street
New York, New York 10007
jodie.morse@wilmerhale.com

Susan S. Friedman
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
1875 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006
susan.friedman@wilmerhale.com

(*Attorneys for Plaintiff*)

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: N/A.

            By: s/ James M. Isaacs, Jr.
               James M. Isaacs, Jr., VSB #38232
               Assistant Attorney General
               Public Safety and Enforcement Division
               Office of the Attorney General
               900 East Main Street
               Richmond, Virginia 23219
               804-786-0030
               804-786-4239 (Fax)
               E-mail: jisaacs@oag.state.va.us