IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

| | | |
|---|---|---|
| **OPHELIA AZRIEL DE'LONTA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:11cv00257 |
| | ) | |
| **GENE JOHNSON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the following Defendants:

**Harold W. Clarke, Denise Malone, and Jeena Porterfield**

I certify that I am admitted to practice in this court.

May 17, 2013
Date

                                                   Respectfully submitted,

                                                   HAROLD W. CLARKE, DENISE MALONE,
                                                   and JEENA PORTERFIELD

                                                   By: s/  J. Michael Parsons
                                                   J. Michael Parsons, AAG II, VSB #68520
                                                   Office of the Attorney General
                                                   Public Safety & Enforcement Division
                                                   900 East Main Street
                                                   Richmond, Virginia 23219
                                                   Phone:  (804) 786-0046
                                                   Fax:  (804) 786-4239
                                                   jparsons@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of May, 2013, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants:

Don Bradford Hardin, Jr., Esq.
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
1875 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006
bradford.hardin@wilmerhale.com

Alan Evan Schoenfeld
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
alan.schoenfeld@wilmerhale.com

Andrew Gale Sokol
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
andrew.sokol@wilmerhale.com

David Sapir Lesser
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
david.lesser@wilmerhale.com

Josephine Morse
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
7 World Trade Center
250 Greenwich Street
New York, New York 10007
jodie.morse@wilmerhale.com

Susan S. Friedman
Wilmer, Cutler, Pickering, Hale and Dorr, L.L.P.
1875 Pennsylvania Avenue, N.W.

    Washington, District of Columbia 20006
    susan.friedman@wilmerhale.com

    (*Attorneys for Plaintiff*)

and I hereby certify that I have mailed by United States Postal Service the documents to the following non-CM/ECF participants: N/A.

                                                     s/      J. Michael Parsons
                                                   J. Michael Parsons, AAG II, VSB #68520
                                                 Office of the Attorney General
                                               Public Safety & Enforcement Division
                                               900 East Main Street
                                               Richmond, Virginia 23219
                                               Phone:  (804) 786-0046
                                               Fax:  (804) 786-4239
                                               jparsons@oag.state.va.us