CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 20 2013

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

# WILMERHALE

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

May 15, 2013

**BY FEDERAL EXPRESS**

Hon. James C. Turk
United States District Court for the
  Western District of Virginia
246 Franklin Road S.W., Room 220
Roanoke, Virginia 24011-2214

Re:   *De'lonta v. Johnson*, No. 11-cv-00257

Dear Judge Turk:

This firm represents plaintiff Ophelia De'lonta in the above-mentioned case.

As Your Honor noted at the conference held April 18, trial in Ms. De'lonta's separately-filed case, *De'lonta v. Pruitt*, No. 11-cv-00483, is scheduled to commence this summer. Your Honor inquired as to whether this firm did or would represent Ms. De'lonta in that matter. We write to inform the Court that this firm does not represent Ms. De'lonta in that matter, and will not represent her at trial.

We are, of course, available at the Court's convenience to discuss this or any other matters.

Respectfully submitted,

*Alan Schoenfeld/cm*

Alan E. Schoenfeld

cc:   J. Michael Parsons, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington