CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 05 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

OPHELIA AZRIEL DE'LONTA,

    Plaintiff,

- against -

GENE M. JOHNSON, *et al.*,

    Defendants.

Case No. 7:11-cv-00257

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* filed by counsel for Plaintiff Ophelia Azriel De'lonta, and finding it proper to do so, the Court ORDERS that, pursuant to the requirements of Local Rule 6(d), Caitlin McCusker of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, is hereby permitted to appear and be heard *pro hac vice* as counsel for Plaintiff Ophelia Azriel De'lonta.

ENTERED this 4th day of June, 2013

_____
Senior United States District Judge