CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 12 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

OPHELIA AZRIEL DE'LONTA,

    Plaintiff,

- against -

GENE M. JOHNSON, *et al.*,

    Defendants.

Case No. 7:11-cv-00257

## ORDER

Upon consideration of Plaintiff's Motion to Withdraw the Appearance of Susan S. Friedman, pursuant to Local Rule 6(i), and for the reasons stated in its Motion and for good cause shown,

IT IS HEREBY ORDERED that the appearance of Susan S. Friedman for Plaintiff Ophelia Azriel De'lonta is WITHDRAWN.

ENTERED this ___ day of June, 2013

                                                Hon. James C. Turk
                                       Senior United States District Judge