CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 21 2013

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OPHELIA AZRIEL DE'LONTA,<br><br>Plaintiff,<br><br>- against -<br><br>GENE M. JOHNSON, *et al.*,<br><br>Defendants. | Case No. 7:11-cv-00257 |

### [PROPOSED] SCHEDULING ORDER

Upon consideration of Plaintiff's letter submitted on behalf of all parties, and the parties having agreed upon a proposed schedule to govern proceedings on Plaintiff's motion for a preliminary injunction;

IT IS HEREBY ORDERED that:

1.  Plaintiff shall file her Motion for a Preliminary Injunction on or before July 12, 2013.

2.  Defendants shall file their opposition brief no later than 21 days after the filing of Plaintiff's Motion for a Preliminary Injunction.

3.  Plaintiff shall file her reply brief no later than 14 days after Defendants file their opposition brief.

ENTERED this 21st day of June, 2013

_____
Hon. James C. Turk
Senior United States District Judge