CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 21 2013

JULIA DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OPHELIA AZIEL DE'LONTA, | ) | Civil Action No. |
| Plaintiff, | ) | 7:11cv00257 |
| | ) | |
| v. | ) | N O T I C E |
| | ) | |
| GENE JOHNSON, *Director of VDOC,* ET AL, | ) | |
| Defendants. | ) | |

**TAKE NOTICE** that the proceeding in the above-styled case has been scheduled as indicated below:

| Type of Proceeding: | Hearing on Motion for Preliminary Injunction |
|---|---|

| Place | Date and Time Scheduled | Date and Time Continued to |
|---|---|---|
| U.S. District Court<br>246 Franklin Rd., S. W.<br>Roanoke, VA 24011-2214 | August 26, 2013,<br>beginning at 11:30 a.m. | |

James C. Turk,
Senior U.S. District Judge

By: s/Shirley Simpson,
JUDICIAL ASSISTANT

Dated:   June 21, 2013

cc:   Ms. Caitlin McCusker
      Mr. D. Bradford Hardin, Jr.
      Mr. Alan E. Schoenfeld

Mr. Andrew G. Sokol
Mr. david S. Lesser
Ms. Josephine T. Morse
Ms. Susan S. Friedman
Mr. Earle D. Getchell, Jr.
Mr. John M. Parsons
Mr. James M. Isaacs, Jr.
Ms. Kate E. Dwyre
Clerk's Office – Roanoke, VA