# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| OPHELIA AZRIEL DE'LONTA,<br><br>          Plaintiff,<br><br>- against -<br><br>GENE M. JOHNSON, *et al.*,<br><br>          Defendants. | Case No. 7:11-cv-00257<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Caitlin McCusker of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Plaintiff Ophelia Azriel De'lonta in the above-captioned action.

Dated: June 24, 2013      WILMER CUTLER PICKERING
                                  HALE AND DORR LLP

                                  By:/s/ Caitlin McCusker
                                      Caitlin McCusker
                                      7 World Trade Center
                                      250 Greenwich Street
                                      New York, NY 10007
                                      Tel.: (212) 295-6549
                                      Fax: (212) 230-8888
                                      Email: caitlin.mccusker@wilmerhale.com
                                      Admitted *pro hac vice*

                                      *Counsel for Plaintiff Ophelia Azriel De'lonta*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of June, 2013, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of Record.

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:/s/ Caitlin McCusker
 Caitlin McCusker
 7 World Trade Center
 250 Greenwich Street
 New York, NY 10007
 Tel.: (212) 295-6549
 Fax: (212) 230-8888
 Email: caitlin.mccusker@wilmerhale.com
 Admitted *pro hac vice*

*Counsel for Plaintiff Ophelia Azriel De'lonta*