IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |  |
|---|---|---|
| Ophelia Azriel De'lonta, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:11-cv-00257 |
| | ) | |
| Harold W. Clarke, *et al.*, | ) | |
| *Defendants*. | ) | |
| | ) | |

## NOTICE OF HEARING

Pursuant to Rule 11(b) of the Local Rules of the United States District Court for the Western District of Virginia, Plaintiff provides this Notice: By Order dated June 21, 2013, this Court scheduled a hearing on Plaintiff's Motion for a Preliminary Injunction and to Compel Access to Plaintiff for August 26, 2013 at 1:30 p.m. at the United States District Court for the Western District of Virginia, Roanoke Division, 246 Franklin Road, S.W., Roanoke, Virginia.

You are invited to attend and to take such part in this proceeding as you deem fit.

|  |  |
|---|---|
| July 12, 2013 | Respectfully submitted,<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br><br>By:/s/ Don Bradford Hardin, Jr.<br>   Don Bradford Hardin, Jr. (Va. Bar No. 76812)<br>   1875 Pennsylvania Avenue, NW<br>   Washington, D.C. 20006<br>   Tel.: (202) 663-6000<br>   Fax: (202) 663-6363<br>   Email: bradford.hardin@wilmerhale.com<br><br>   David S. Lesser, admitted *pro hac vice*<br>   Alan E. Schoenfeld, admitted *pro hac vice*<br>   Andrew Gale Sokol, admitted *pro hac vice*<br>   Caitlin McCusker, admitted *pro hac vice*<br>   7 World Trade Center<br>   250 Greenwich Street |

New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Plaintiff Ophelia Azriel De'lonta*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of July, 2013, a true and correct copy of the foregoing Notice of Hearing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

By: /s/ Don Bradford Hardin, Jr.
    Don Bradford Hardin, Jr. (Va. Bar No. 76812)
    WILMER CUTLER PICKERING
      HALE AND DORR LLP
    1875 Pennsylvania Avenue, NW
    Washington, D.C. 20006
    Tel.: (202) 663-6000
    Fax: (202) 663-6363
    Email: bradford.hardin@wilmerhale.com

*Counsel for Plaintiff Ophelia Azriel De'lonta*