IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| Ophelia Azriel De'lonta, ) | |
| *Plaintiff*, ) | |
| ) | |
| *v.* ) | Civil Action No. 7:11-cv-00257 |
| ) | |
| Harold W. Clarke, *et al.*, ) | |
| *Defendants*. ) | |
| ) | |

**DECLARATION OF OPHELIA AZRIEL DE'LONTA IN SUPPORT OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
<u>AND TO COMPEL ACCESS TO PLAINTIFF</u>**

I, Ophelia Azriel De'lonta, declare as follows:

1. I am a fifty-two-year-old preoperative transgender female currently incarcerated at Buckingham Correctional Center, a facility operated by the Virginia Department of Corrections ("VDOC"). Except for one short parole, I have been in the custody of the VDOC since 1983.

2. I suffer from a severe form of Gender Identity Disorder ("GID"). That means that I suffer almost constantly because my identity as a woman is at odds with my biological sex, which is male. Hormone therapy has helped somewhat, but I still feel tortured by my male traits and anatomy. Sometimes I experience an overwhelming urge to cut myself—specifically on my genitals—to end my suffering, especially when I lose hope that VDOC will ever allow me to get the treatment I need.

3. As part of the settlement of my 1999 lawsuit about the denial of hormone treatment, VDOC agreed to hire a GID specialist to evaluate me and supervise my treatment. The first specialist hired under the terms of the settlement, Dr. Julian Brantley, never met with me in person. His replacement, Dr. Victoria Codispoti, saw me twice in 2006, first on July 21, 2006,

- 2 -

and again on September 22, 2006. I have never been evaluated for Sexual Reassignment Surgery ("SRS").

4. Dr. Cary has only met me in person one time, and she did not evaluate me at that time. We had a brief discussion about my access to certain feminine objects and about prison staff using masculine pronouns to refer to me.

5. I have filed numerous requests asking the defendants to provide me with an evaluation for SRS, but have always been denied an evaluation. In 2010, I started getting more and more desperate for an evaluation because the treatment I was receiving was not working, but VDOC ignored my requests. Eventually, I got to a point where I could not resist the compulsion anymore and on October 8, 2010, I tried to castrate myself with a razor. I was hospitalized as a result, and VDOC filed a disciplinary action against me.

6. When I was released from the hospital, I wrote more requests for evaluations, but Dr. Lang told me to ask Dr. Cary, and Dr. Cary told me to continue in therapy with Ms. Lang.

7. On December 22, 2010, I attempted to castrate myself again in an effort to perform on myself the surgery that VDOC refuses to provide, or even evaluate me for.

8. Since I filed this lawsuit on June 3, 2011, my symptoms have not improved. I have participated in regular therapy and have taken my hormone treatments as prescribed. I am seeking SRS because I believe it is the only way I will find relief from the suffering GID causes me. I am fully committed to a complete transition, including SRS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 21 , 2013.

_____
Ophelia Azriel De'lonta

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of July, 2013, a true and correct copy of the foregoing Declaration of Ophelia Azriel De'lonta in support of Plaintiff's Motion for a Preliminary Injunction and to Compel Access to Plaintiff was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

By: /s/ Don Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: bradford.hardin@wilmerhale.com

*Counsel for Plaintiff Ophelia Azriel De'lonta*