UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 15 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

OPHELIA AZRIEL DE'LONTA,

    Plaintiff,

- against -

HAROLD W. CLARKE, et al.,

    Defendants.

Case No. 7:11-cv-00257

### ORDER

Upon consideration of Plaintiff's Motion to Withdraw the Appearance of Josephine Morse, pursuant to Local Rule 6(i), and for the reasons stated in its Motion and for good cause shown,

IT IS HEREBY ORDERED that the appearance of Josephine Morse for Plaintiff Ophelia Azriel De'lonta is WITHDRAWN.

ENTERED this 15th day of July, 2013

_____
Hon. James C. Turk
Senior United States District Judge