UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 07 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

OPHELIA AZRIEL DE'LONTA,

    Plaintiff,

- against -

HAROLD W. CLARKE, *et al.*,

    Defendants.

Case No. 7:11-cv-00257

## ORDER

Upon consideration of Plaintiff's Motion to Withdraw the Appearance of Caitlin McCusker, pursuant to Local Rule 6(i), and for the reasons stated in its Motion and for good cause shown,

IT IS HEREBY ORDERED that the appearance of Caitlin McCusker for Plaintiff Ophelia Azriel De'lonta is WITHDRAWN.

ENTERED this 7th day of August, 2013

                                                         Hon. James C. Turk
                                                         Senior United States District Judge