# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke DIVISION

**Ophelia Azriel De'lonta**

vs.

**Gene Johnson, et al**

Action No:  7:11-cv-00257
Date:  8/26/2013
Judge:  James C. Turk
Court Reporter:  Sonia Ferris
Deputy Clerk:  Kelly Brown

Plaintiff Attorney(s)
Alan Schoenfeld, Andrew Sokol

Defendant Attorney(s)
John Michael Parsons

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
11:44
Parties present on Plaintiff's motions.
Argument.
Rebuttal.
Surrebuttal.
Parties rest.
Order forthcoming.
12:36

Time in Court:  52 minutes