AO 435 (Rev. 04/11)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME<br>Bradford Hardin | 2. PHONE NUMBER<br>(202) 663-6073 |
| | 3. DATE<br>8/26/2013 |
| 4. MAILING ADDRESS<br>1875 Pennsylvania Avenue NW | 5. CITY<br>Washington |
| | 6. STATE<br>DC |
| | 7. ZIP CODE<br>20006 |
| 8. CASE NUMBER<br>7:11-cv-00257-JCT-RSB | 9. JUDGE<br>Turk |
| | DATES OF PROCEEDINGS |
| | 10. FROM 8/26/2013 |
| | 11. TO 8/26/2013 |
| 12. CASE NAME<br>De'lonta v. Johnson et al | LOCATION OF PROCEEDINGS |
| | 13. CITY Roanoke |
| | 14. STATE Virginia |

15. ORDER FOR
- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [X] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | 8/26/2013 |
| [ ] CLOSING ARGUMENT (Defendant) | | Evidentiary Hearing | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

ESTIMATE TOTAL: 0.00

| | |
|---|---|
| 18. SIGNATURE<br>s/ Bradford D. Hardin | PROCESSED BY |
| 19. DATE<br>8/26/2013 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY