CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 28 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OPHELIA AZRIEL DE'LONTA, ) | |
| ) | Civil Action No. 7:11-cv-00257 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| HAROLD W. CLARKE, et al., ) | By:  Judge James C. Turk |
| ) | Senior United States District Judge |
| Defendants. ) | |

In accordance with the accompanying Memorandum Opinion, and for the reasons set forth therein, it is hereby

ORDERED AND ADJUDGED

that Plaintiff's Motion for a Preliminary Injunction and to Compel Access to Plaintiff, ECF No. 81, is **GRANTED IN PART** and **TAKEN UNDER ADVISEMENT IN PART**. In particular, the Court **GRANTS** Plaintiff's Motion to Compel and **ORDERS** that the Virginia Department of Corrections make Plaintiff available forthwith, at her current place of incarceration, for a medical examination and evaluation for SRS by a physician of her choosing. As to Plaintiff's request for a preliminary injunction, the Court takes it under advisement at this time. Additionally, the parties are **ORDERED** to provide a joint report to the Court not later than 60 days after the entry of this Order, advising the Court as to the progress of Plaintiff's evaluation or evaluations.

ENTER: This 28th day of August, 2013.

/s/ James C. Turk
James C. Turk
Senior United States District Judge