# WILMERHALE

October 28, 2013

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**BY FEDERAL EXPRESS AND EMAIL**

Hon. James C. Turk
United States District Court for the
   Western District of Virginia
246 Franklin Road S.W., Room 220
Roanoke, Virginia 24011-2214

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**OCT 3 0 2013**

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

Re:   *De'lonta v. Clarke*, No. 11-cv-00257

Dear Judge Turk:

This firm represents Plaintiff Ophelia De'lonta in the above-mentioned matter. We write on behalf of all parties to update the Court on the status of this matter, pursuant the Court's Order entered August 28, 2013.

Immediately following the Court's order, this firm contacted Plaintiff's expert, Dr. George Brown, to schedule an in-person evaluation of Ms. De'lonta. Dr. Brown's earliest available date to travel to Buckingham to see Ms. De'lonta was October 25, 2013. Dr. Brown conducted his evaluation last Friday, October 25, and is actively preparing his report for the parties and the Court. We anticipate that Dr. Brown will submit that report to the Court no later than November 29, 2013.

All parties are, of course, available to discuss this or any other matter at Your Honor's convenience.

Respectfully submitted,

/s/ Alan E. Schoenfeld

Alan E. Schoenfeld

Cc:   J. Michael Parsons, Esq. (by email)

*[handwritten notation: Received Oct. 29, 2013]*

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington