# WILMERHALE

November 27, 2013

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**BY FEDERAL EXPRESS AND EMAIL**

Hon. James C. Turk
United States District Court for the
  Western District of Virginia
246 Franklin Road S.W., Room 220
Roanoke, Virginia 24011-2214

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 12 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Re:   De'lonta v. Clarke, No. 11-cv-00257

Dear Judge Turk:

This firm represents Plaintiff Ophelia De'lonta in the above-mentioned matter. Further to our status update of October 28, 2013, we write to provide the Court with the report of Plaintiff's expert Dr. George Brown, concerning his evaluation of Ms. De'lonta. Dr. Brown's report is enclosed, together with an executed declaration.

We understand from Defendants' counsel that the Virginia Department of Corrections has engaged their own specialist[1] to evaluate Ms. De'lonta, and has scheduled that evaluation for December 9, 2013.

The parties have scheduled a teleconference for December 9, 2013, to discuss discovery and a proposed schedule for further proceedings in this case. The parties will report to the Court promptly thereafter. All parties are, of course, available to discuss this or any other matter at Your Honor's convenience.

Respectfully submitted,

Alan E. Schoenfeld

Enclosures

cc:   J. Michael Parsons, Esq. (by email)

---

[1]   Ms. De'lonta does not, by referring to a "specialist," waive her right to challenge the qualifications or opinions of the individual VDOC has engaged to evaluate her.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington