IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| Ophelia Azriel De'lonta, ) | |
|     *Plaintiff*, ) | |
| ) | |
|     *v.* ) | Civil Action No. 7:11-cv-00257 |
| ) | |
| Harold W. Clarke, *et al.*, ) | |
|     *Defendants*. ) | |
| ) | |

**REPORT OF THE PARTIES' RULE 26(F) CONFERENCE**

1.    The following persons participated in a Rule 26(f) conference held on December 10, 2013 and on January 16, 2014, by telephone and stipulate to the filing of this report:

Alan Schoenfeld and Andrew Sokol, of Wilmer Cutler Pickering Hale and Dorr LLP, representing Plaintiff Ophelia Delonta;

J. Michael Parsons, of the Office of the Attorney General, representing Defendants.

2.    Upon Defendants' consent, Plaintiff will file an amended complaint no later than January 31, 2014. Defendants reserve their rights with respect to that amended complaint.

3.    Discovery Plan

    (a)    <u>Initial Disclosures</u>

The parties agree that Fed. R. Civ. P. (26)(a) does not require the exchange of initial disclosures in this action because this action falls within a category exempted from that requirement. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv).

    (b)    <u>Anticipated Discovery</u>

The parties agree that discovery is anticipated on the following topics: Plaintiff's mental and physical health; Defendants' treatment of Plaintiff's physical and mental health, including but not limited to her gender identity disorder (GID); Defendants' policies and practices for

treating GID; Defendants' other policies and practices, to the extent they bear on the treatment of GID.

      (c)      <u>Interrogatories, Requests for Admission</u>

The parties do not propose to deviate from the limits set forth in the Federal Rules of Civil Procedure at this time, but reserve their rights to seek such amendments at a later date if the need arises and for good cause.

      (d)      <u>Deposition</u>

The parties do not propose to deviate from the limits set forth in the Federal Rules of Civil Procedure at this time, but reserve their rights to seek such amendments at a later date if the need arises and for good cause.

Plaintiff intends to notice depositions of the following individuals: Meredith Cary, Jeena Porterfield, Lisa Lang, Harold Clarke, Larry Edmonds, Dr. Fred Schilling, Major C. Davis, and Dr. Stephen Levine. Defendants intend to notice the deposition of Plaintiff and Plaintiff's expert Dr. George Brown. The parties agree to cooperate in the scheduling of the aforementioned depositions.

4.      Case Management Schedule

| Event | Proposed Date |
| --- | --- |
| Deadline for completion of discovery, fact and expert | April 4, 2013 |
| Motions for summary judgment due | April 25, 2014 |
| Opposition to motions for summary judgment due | May 16, 2014 |
| Replies in support of summary judgment due | May 30, 2014 |
| Hearing on summary judgment | At the Court's convenience; the parties are available during the weeks of June 16, 2014 |

5.      Settlement

The parties have conferred and do not believe there is any prospect for settlement of this matter.

DATED: January 27, 2014    WILMER CUTLER PICKERING
   HALE AND DORR LLP

By: /s/ Don Bradford Hardin, Jr.
   Don Bradford Hardin, Jr. (Va. Bar No. 76812)
   1875 Pennsylvania Avenue, NW
   Washington, D.C. 20006
   Tel.: (202) 663-6000
   Fax: (202) 663-6363
   Email: bradford.hardin@wilmerhale.com

   David S. Lesser, admitted *pro hac vice*
   Alan E. Schoenfeld, admitted *pro hac vice*
   Andrew Gale Sokol, admitted *pro hac vice*
   7 World Trade Center
   250 Greenwich Street
   New York, NY 10007
   Tel.: (212) 230-8800
   Fax: (212) 230-8888

   *Counsel for Plaintiff Ophelia Azriel De'lonta*

DATED: January 27, 2014    OFFICE OF THE ATTORNEY GENERAL

By: /s/ J. Michael Parsons
   J. Michael Parsons, AAG II, VSB #68520
   Office of the Attorney General
   Public Safety & Enforcement Division
   900 East Main Street
   Richmond, Virginia 23219
   Telephone: (804) 786-0046
   Facsimile: (804) 786-4239
   jparsons@oag.state.va.us

   *Counsel for Defendants Harold Clarke, et.al*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of January, 2014, a true and correct copy of the foregoing Report of the Parties' Rule 26(f) Conference was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

By:/s/ Don Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: bradford.hardin@wilmerhale.com

*Counsel for Plaintiff Ophelia Azriel De'lonta*