**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

|  |  |  |
|---|---|---|
| Ophelia Azriel De'lonta, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 7:11-cv-00257 |
| | ) | |
| Harold W. Clarke, *et al.*, | ) | |
| *Defendants*. | ) | |
| | ) | |

**STIPULATION AND ORDER REGARDING**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

WHEREAS Plaintiff Ophelia Azriel De'lonta filed her *pro se* Complaint in the above captioned-matter on June 3, 2011;

WHEREAS Plaintiff, by and through her attorneys, filed her First Amended Complaint in the above-captioned matter on May 3, 2013;

WHEREAS Plaintiff has identified information in the course of discovery that she contends support a claim for damages against Defendant Meredith R. Cary, M.D.,

WHEREAS Defendants maintain the position that no damages claim should lie against Defendant Cary or any Defendant, but consent to Plaintiff's amendment of her First Amended Complaint in light of the development of the factual record;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties, that, pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff will file a Second Amended Complaint, and that Defendants consent to the filing of Plaintiff's Second Amended Complaint subject to the following terms and conditions:

(1)     The Second Amended complaint will be amended only to add a claim for damages against Defendant Meredith R. Cary, M.D. to the Prayer for Relief;

(2)     Defendants expressly reserve all rights to contest Plaintiff's entitlement to the additional relief sought in the Second Amended Complaint.

(3)     Because the Second Amended Complaint amends only the Prayer for Relief and contains no new factual allegations, Defendants' Answer to the First Amended Complaint will be deemed responsive to the Second Amended Complaint

The Second Amended Complaint is attached hereto as Exhibit 1, and should be entered on the docket upon entry of this Stipulation and Order.  Attached as Exhibit 2 is a redline of Plaintiff's Second Amended Complaint indicating how it differs from Plaintiff's First Amended Complaint.

DATED this 27th day of January, 2014.

By:/s/ Don Bradford Hardin, Jr.

WILMER CUTLER PICKERING
   HALE AND DORR LLP
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: bradford.hardin@wilmerhale.com

David S. Lesser, admitted *pro hac vice*
Alan E. Schoenfeld, admitted *pro hac vice*
Andrew Gale Sokol, admitted *pro hac vice*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Plaintiff Ophelia Azriel De'lonta*

By: /s/ J. Michael Parsons

J. Michael Parsons
Assistant Attorney General II
Correctional Litigation Section
Public Safety & Enforcement Division
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-0046
Facsimile: (804) 786-4239
jparsons@oag.state.va.us

*Counsel for Defendants*

**SO ORDERED:**

_____
The Honorable James C. Turk
Senior United States District Judge

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 27th day of January, 2014, a true and correct copy of

the foregoing Stipulation and Order Regarding Plaintiff's Second Amended Complaint, and the

exhibits thereto, were electronically filed with the Clerk of Court using the CM/ECF system,

which will send notification of such filing to all Counsel of Record.

By: <u>/s/ Don Bradford Hardin, Jr.</u>
   Don Bradford Hardin, Jr. (Va. Bar No. 76812)
  WILMER CUTLER PICKERING
    HALE AND DORR LLP
  1875 Pennsylvania Avenue, NW
  Washington, D.C. 20006
  Tel.: (202) 663-6000
  Fax: (202) 663-6363
  Email: bradford.hardin@wilmerhale.com

  *Counsel for Plaintiff Ophelia Azriel De'lonta*