UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

OPHELIA AZRIEL DE'LONTA,

    Plaintiff,

- against -

HAROLD W. CLARKE, *et al.*,

    Defendants.

Case No. 7:11-cv-00257

## SCHEDULING ORDER

Upon consideration of Plaintiff's letter submitted on behalf of all parties, and the parties having agreed upon a proposed schedule to govern discovery and proceedings on motions for summary judgment;

IT IS HEREBY ORDERED that:

1.    Discovery shall be completed no later than May 16, 2014.

2.    The parties shall file any motions for summary judgment on or before June 13, 2014.

3.    The parties shall file their opposition briefs on or before July 11, 2014.

4.    The parties shall file their reply briefs on or before August 1, 2014.

ENTERED this 2nd day of APRIL, 2014.

                      Hon. James C. Turk
                      Senior United States District Judge