AO 45a (Rev.5/85) Notice

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# Roanoke DIVISION

*Ophelia Azriel De'lonta*
*Plaintiff,*

                v.                          **Notice of Hearing**

*Harold Clarke, et al*
*Defendants.*

                                              **CASE NO.: 7:11-cv-00257**

_____

**TYPE OF CASE:**

                CIVIL   XXX    CRIMINAL
_____

**X   TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:
_____

**PLACE:**
US District Court
210 Franklin Road SW
Roanoke, VA  24011

**DATE:** Monday, August 25, 2014

**TIME:** 10:30am

**2nd Floor Courtroom**

_____

**TYPE OF PROCEEDING:**
                **Hearing on Motions for Summary Judgment**

_____

                                           **s/ K. Brown**
                                           Deputy Clerk

DATE:  May 1, 2014