CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 22 2014

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

Ophelia Azriel De'lonta,
*Plaintiff,*

*v.*

Harold W. Clarke, *et al.*,
*Defendants.*

Civil Action No. 7:11-cv-00257

**STIPULATED ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, by and through their undersigned counsel, file this Stipulated Order of Dismissal, as follows:

1. This action is dismissed with prejudice.

2. Each party shall bear its own costs and fees.

DATED this 16th day of May, 2014.

By:/s/ Don Bradford Hardin, Jr.
WILMER CUTLER PICKERING
HALE AND DORR LLP
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: bradford.hardin@wilmerhale.com

David S. Lesser, admitted *pro hac vice*
Alan E. Schoenfeld, admitted *pro hac vice*
Andrew Gale Sokol, admitted *pro hac vice*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888

*Counsel for Plaintiff Ophelia Azriel De'lonta*

By: /s/ J. Michael Parsons
J. Michael Parsons, AAG II, VSB #68520
Office of the Attorney General
Correctional Litigation Section
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 786-0046
Fax: (804) 786-4239
jparsons@oag.state.va.us

By: /s/ Kate E. Dwyre
Kate E. Dwyre, AAG, VSB #82065
Office of the Attorney General
Correctional Litigation Section
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 786-5630
Fax: (804) 786-4239
kdwyre@oag.state.va.us

By: /s/ James M. Isaacs, Jr.
James M. Isaacs, Jr., AAG, VSB #38232
Office of the Attorney General
Correctional Litigation Section
900 East Main Street
Richmond, Virginia 23219
Phone: (804) 786-0030
Fax: (804) 786-4239
jisaacs@oag.state.va.us

*Counsel for Defendants*

**SO ORDERED** this 22nd day of May, 2014:

James C. Turk

The Honorable James C. Turk
Senior United States District Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of May, 2014, a true and correct copy of the foregoing Stipulated Order of Dismissal was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all Counsel of Record.

By:/s/ Don Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
Email: bradford.hardin@wilmerhale.com

*Counsel for Plaintiff Ophelia Azriel De'lonta*